November 30, 1981.

440 A.2d 1255

Bensalem Township v. Dunlap, Appellant.

 Argued September 14, 1981. David Dunlap, appellant, in propria persona; Leslie G. Dias, for appellee.

Before CAVANAUGH, DiSALLE and WATKINS, JJ.

Affirmed.

440 A.2d 1255

Charmley, etc. v. Crossgates, Inc., etc., Appellant.

 Argued November 11, 1980. Alan C. Jacobson, for appellant; Lawrence R. Zewe, for appellee.

Before PRICE, CAVANAUGH and HOFFMAN, JJ.

Order affirmed.

PRICE, J., did not participate in the consideration or decision of this case.